UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00068-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JONATHAN VALENCIA,

    Defendant.

---

## ORDER EXONERATING BOND

---

    This criminal action has proceeded to sentencing for revocation of supervised release and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, as confirmed by the United States Bureau of Prisons. As a result, all the conditions of an appearance bond imposed by the court as a post-trial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is hereby

    ORDERED that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

    ORDERED that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

Dated: May 10, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE